IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| That Rouen,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>　　　　Respondent. | CIV 07-2473-PHX-EHC (DKD)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE EARL H. CARROLL, UNITED STATES DISTRICT JUDGE:

That Rouen filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 5, 2007, contending that immigration officials are holding him in detention pending his removal to Cambodia, but that his removal has not been effected. He argues that he is entitled to immediate release from custody because his detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). On January 25, 2008, Respondent Katrina Kane filed a Response and Suggestion of Mootness, arguing that because Rouen has been released by immigration officials under an Order of Supervision, his petition should be dismissed as moot (Doc. #4).

**IT IS THEREFORE RECOMMENDED** that Petitioner That Rouen's petition for writ of habeas corpus be **dismissed as moot** (Doc. #1).

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of

Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See,* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(e), Federal Rules of Civil Procedure. Thereafter, the parties have ten days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

DATED this 28th day of January, 2008.

_____
David K. Duncan
United States Magistrate Judge

- 2 -