IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| That Roeun, | ) | No. CIV 07-2473-PHX-EHC (DKD) |
|---|---|---|
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Katrina Kane, | ) | |
| Respondent. | ) | |

On January 29, 2008, a Report and Recommendation was filed (Dkt. 5).

On January 25, 2008, Respondent filed a Response and "Suggestion of Mootness" (Dkt. 4), which notified the Court that Petitioner was released on January 17, 2008 under an Order of Supervision.

The Court being fully advised,

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge (Dkt. 5);

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is dismissed as moot.

DATED this 25th day of April, 2008.

_____
Earl H. Carroll
United States District Judge